JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN MARTINEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF LOS ANGELES,<br><br>　　　　　　　Defendant(s). | Case No. 2:21-cv-1429-MCS (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: April 4, 2022

_____
HONORABLE MARK C. SCARSI
United States District Judge